Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–10414–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra L. Davis
   273 Sunset Avenue
   Old Bridge, NJ 08857

Social Security No.:
   xxx–xx–2646

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On January 22, 2019 a NOTICE OF HEARING ON CONFIRMATION OF PLAN was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Date: 2/13/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

Corrected to state:
Date: 3/13/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

The amendment of this notice does not affect deadlines that have been previously set.


Dated: January 24, 2019
JAN: mmf

Jeanne Naughton
Clerk

```
                                  United States Bankruptcy Court
                                       District of New Jersey

In re:                                                                       Case No. 19-10414-KCF
Sandra L. Davis                                                              Chapter 13
         Debtor                          CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jan 24, 2019
                              Form ID: 196                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db           +Sandra L. Davis,    273 Sunset Avenue,    Old Bridge, NJ 08857-1128
517958430     Account Resolution Services,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
517958427    +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
517958434    +Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
517958433    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
               Lancaster, PA 17601-4890
517958439    +Ditech Financial, LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
517958440     Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517958441    +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517958442    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517958443    +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
517958445    +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517958446    +Middlesex County Sheriff’s Office,    701 Livingston Ave.,    P.O. Box 1188,
               New Brunswick, NJ 08903-1188
517983567    +Raritan Bay FCU,    Raritan Bay c/o Mellinger Sanders & Kart,    101 Gibralter Drive,   Suite 2F,
               Morris Plains, NJ 07950-1287
517958447    +Raritan Bay Fcu,    491 Raritan St,    Sayreville, NJ 08872-1442
517958454    +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517958448    +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517958468     TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517958472    +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
517958471    +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 23:37:17     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 23:37:13     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517958436     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:40:44     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517958435    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:40:44     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517958437    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 24 2019 23:37:55
               Credit Collection Service,    Attn: Bankruptcy,    Po Box 773,    Needham, MA 02494-0918
517958438    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 24 2019 23:37:55
               Credit Collection Service,    Po Box 9134,    Needham, MA 02494-9134
517958444    +E-mail/Text: collections@jeffersonassociates.com Jan 24 2019 23:37:22     Jefferson Associates,
               3 Coral St.,    Edison, NJ 08837-3242
517958461    +E-mail/Text: bankruptcy@savit.com Jan 24 2019 23:38:00     SaVit Collection Agency,
               46 W Ferris St,    East Brunswick, NJ 08816-2159
517958460    +E-mail/Text: bankruptcy@savit.com Jan 24 2019 23:38:01     SaVit Collection Agency,
               Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517958462    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:21     Syncb/care Credit Du,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517958463    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:21     Syncb/care Credit Du,
               C/o Po Box 965036,    Orlando, FL 32896-0001
517960835    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:21     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517958464    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:36     Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517958466    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:21     Synchrony Bank/Care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
517958469    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 24 2019 23:36:21
               Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
517958470    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 24 2019 23:36:21
               Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 16

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Raritan Bay FCU,    491 Raritan Street,    Sayreville, NJ 08872-1442
517958431*    Account Resolution Services,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
517958432*    Account Resolution Services,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
517958429*   +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
517958428*   +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
517958449*   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517958450*   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517958451*   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517958452*   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517958453*   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517958455*   +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517958456*   +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517958457*   +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 24, 2019
                              Form ID: 196             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****
517958458*       +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517958459*       +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517958465*       +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517958467*       +Synchrony Bank/Care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                           TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Joseph R Zapata, Jr.    on behalf of Creditor    Raritan Bay FCU jzapata@msklaw.net
              Justin M Gillman    on behalf of Debtor Sandra L. Davis abgillman@optonline.net,
               r47252@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```