**SCARINCI & HOLLENBECK, LLC**
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal
Utilities Authority

**Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Case No.: 19-10414-MBK |
|---|---|
| SANDRA L. DAVIS | Chapter 13 |
| **Debtor.** | Hearing Date: 3/11/20 at 9:00 AM |

REVISED

### ORDER TO ALLOW THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO FILE A LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two, is hereby ORDERED.

**DATED: March 20, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

4828-5556-3191, v. 1

The Court having determined that the motion of the Old Bridge Municipal Utilities Authority is appropriate, it is hereby

ORDERED that:

1. The Motion by the Movant the Old Bridge Municipal Utilities Authority to allow its late filing of a Proof of Claim in the amount of $951.11, is hereby granted in its entirety.

2. The Standing Ch. 13 Trustee is directed to pay the Movant's Proof of Claim, in the amount of $951.11, through the plan as a secured claim.

4828-5556-3191, v. 1