**SCARINCI & HOLLENBECK, LLC**
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal
Utilities Authority

Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>SANDRA L. DAVIS<br><br>Debtor. | Case No.: 19-10414-MBK<br><br>Chapter 13<br><br>Hearing Date: 3/11/20 at 9:00 AM |
|---|---|

REVISED

### ORDER TO ALLOW THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO FILE A LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two, is hereby ORDERED.

**DATED: March 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

4828-5556-3191, v. 1

The Court having determined that the motion of the Old Bridge Municipal Utilities Authority is appropriate, it is hereby

ORDERED that:

1. The Motion by the Movant the Old Bridge Municipal Utilities Authority to allow its late filing of a Proof of Claim in the amount of $951.11, is hereby granted in its entirety.

2. The Standing Ch. 13 Trustee is directed to pay the Movant's Proof of Claim, in the amount of $951.11, through the plan as a secured claim.

4828-5556-3191, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra L. Davis  
     Debtor

Case No. 19-10414-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.  
db            +Sandra L. Davis,    273 Sunset Avenue,    Old Bridge, NJ 08857-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    Loancare, LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@sh-law.com, rjoyce@sh-law.com
           Joseph R Zapata, Jr.    on behalf of Creditor    Raritan Bay FCU jzapata@msklaw.net
           Justin M Gillman    on behalf of Debtor Sandra L. Davis ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
           Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
           Rebecca Ann Solarz    on behalf of Creditor    Loancare, LLC.. rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 10