Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  19−10414−MBK
                     Chapter:  13
                     Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra L. Davis
   273 Sunset Avenue
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−2646

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/7/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 7, 2020
JAN: wir

                                                       Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sandra L. Davis  
    Debtor(s)

Case No. 19-10414-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Oct 07, 2020     Form ID: 148     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra L. Davis, 273 Sunset Avenue, Old Bridge, NJ 08857-1128 |
| cr | + | Old Bridge Municipal Utilities Authority, c/o Joel R. Glucksman, Esq., Scarinci & Hollenbeck, LLC, 1100 Valley Brook Avenue, Scarinci & Hollenbeck, LLC, 1100 Valley Lyndhurst, NJ 07071-3620 |
| 517958430 | | Account Resolution Services, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 517958427 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517958434 | + | Apex Asset Management, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517958433 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517958439 | + | Ditech Financial, LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 518053179 | | Emergency Physician Associate North Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517958440 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517958441 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517958443 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517958442 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517958445 | #+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518936314 | + | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517958446 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 518414887 | + | Old Bridge Municipal Utilities Authority, c/o Joel R. Glucksman, Esq., 1100 Valley Brook Avenue, Lyndhurst, New Jersey 07071-3620 |
| 517983567 | + | Raritan Bay FCU, Raritan Bay c/o Mellinger Sanders & Kart, 101 Gibralter Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 517958447 | + | Raritan Bay Fcu, 491 Raritan St, Sayreville, NJ 08872-1442 |
| 517958454 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517958448 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517958468 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517958472 | + | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 517958471 | + | Wakefield & Associates, Attn: Bankruptcy, Po Box 441590, Aurora, CO 80044-1590 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517958436 | | EDI: CAPITALONE.COM | Oct 08 2020 01:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517958435 | + | EDI: CAPITALONE.COM | Oct 08 2020 01:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518044956 | + | EDI: AIS.COM | Oct 08 2020 01:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517958437 | + | EDI: CCS.COM | Oct 08 2020 01:43:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 517958438 | + | EDI: CCS.COM | Oct 08 2020 01:43:00 | Credit Collection Service, Po Box 9134, Needham, MA 02494-9134 |
| 517958444 | + | Email/Text: collections@jeffersonassociates.com | Oct 07 2020 22:17:00 | Jefferson Associates, 3 Coral St, Edison, NJ 08837-3242 |
| 517958460 | + | Email/Text: bankruptcy@savit.com | Oct 07 2020 22:18:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517958461 | + | Email/Text: bankruptcy@savit.com | Oct 07 2020 22:18:00 | SaVit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517958462 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Syncb/care Credit Du, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517958463 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Syncb/care Credit Du, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517960835 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517958464 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517958466 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518308125 | + | EDI: ECMC.COM | Oct 08 2020 01:43:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 518072760 | + | EDI: AIS.COM | Oct 08 2020 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517958469 | + | EDI: VERIZONCOMB.COM | Oct 08 2020 01:43:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 517958470 | + | EDI: VERIZONCOMB.COM | Oct 08 2020 01:43:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Raritan Bay FCU, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 517958428 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517958429 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 517958431 | * | Account Resolution Services, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 517958432 | * | Account Resolution Services, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 517958455 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517958456 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517958457 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517958458 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517958459 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517958449 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517958450 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517958451 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517958452 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517958453 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517958465 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517958467 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 42 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Loancare LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joel R. Glucksman | on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com rjoyce@sh-law.com |
| Joseph R Zapata, Jr | on behalf of Creditor Raritan Bay FCU jzapata@msbnj.com |
| Justin M Gillman | on behalf of Debtor Sandra L. Davis ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Loancare LLC.. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10