UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Justin Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Phone #732-661-1664

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sandra Davis

Case No.:  19-10414-KCF

Chapter:  13

Judge:  Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4811-8735-1246, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____1,957.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,957.50_____. The allowance is payable:

☒ $ 549.15   through the Chapter 13 plan as an administrative priority.

☒ $ 1,408.35   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

4811-8735-1246, v. 1